

**Littler Mendelson, P.C.**
One Newark Center
8th Floor
Newark, NJ  07102

Peter Ajalat and Russ McEwan
Office Managing Shareholders

Jeannine R. Idrissa
973.848.4717 direct
973.848.4700 main
973.741.2310 fax
jidrissa@littler.com

December 12, 2018

**VIA ECF**

Hon. Michael A. Hammer
United States Magistrate Judge
United States District Court, District of New Jersey
50 Walnut St, #4015
Newark, New Jersey 07102

**Re:  Kraemer v. SOFIE, Inc.
      Civil Action No. 2:18-cv-16320 (KM) (MAH)**

Dear Judge Hammer:

    This firm represents SOFIE, Inc. ("Defendant") in the above referenced matter.  We write with the consent of Plaintiff's counsel to respectfully request that your Honor extend the time for Defendant to file its responsive pleading to the Complaint from December 17, 2018 until February 13, 2019.   The parties have scheduled a mediation for January 9, 2019 in an attempt to resolve this matter without further litigation and expense.  The length of time for this extension request is to allow the parties to attend said mediation and finalize any resulting agreement or, in the event that mediation is unsuccessful, provide Defendant sufficient time to file its response.

    A Stipulation and Proposed Order has been submitted with this letter for your review and convenience.  Thank you in advance for your consideration of this request.

Respectfully submitted,

*/s Jeannine R. Idrissa*

Jeannine R. Idrissa

cc:  Susan Walsh, Esq. (attorney for Plaintiff Beth Kraemer via ECF and First Class Mail)
     Allison Van Kampen, Esq. (attorney for Plaintiff Beth Kraemer, via ECF and First Class Mail)

FIRMWIDE:160828926.1 098418.1002