# Vladeck, Raskin & Clark, P.C.

Susan J. Walsh
212-403-7300
swalsh@vladeck.com

April 16, 2019

**By ECF**

Hon. Kevin McNulty
United States District Judge
United States District Court, District of New Jersey
50 Walnut St, #4015
Newark, New Jersey 07102

Re: <u>Kraemer v. SOFIE, Inc., Civil Action No. 2:18-cv-16320 (KM) (MAH)</u>

Dear Judge McNulty:

    We represent Beth Kraemer ("plaintiff") in the above referenced matter against SOFIE, Inc. ("defendant") (collectively, the "parties"). Per defendant's February 21, 2019 letter (Dkt. 9) and plaintiff's March 18, 2019 letter (Dkt. 11), the parties have conditionally resolved the dispute between them.

    Defendant in the February 21, 2019 letter requested that the Court dismiss plaintiff's claims without prejudice with the right to reopen within a 30-day period if the settlement is not complete. The Court granted this request on February 22, 2019 (Dkt. 10) (the "February 22 Order"). On March 25, 2019, the Court granted the parties' second request for an additional 30-day continuance. (Dkt. 12) While the parties had hoped that the second continuance would provide sufficient time to finalize the settlement, we write to respectfully request additional time.

    Plaintiff also has claims pending before the Department of Labor. The parties are currently awaiting the Administrative Law Judge's approval of their settlement agreement. Accordingly, per the Court's instruction in the February 22 Order, we write on behalf of both parties to respectfully request that the Court extend the continuance an additional 60 days.

Respectfully submitted,

*Susan Walsh/AWC*

Susan J. Walsh

cc: Jeannine R. Idrissa, Esq. (by email)